# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB DOMANGUE

NO. 2021 KW 1567

**JANUARY 31, 2022**

---

In Re: Jacob Domangue, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2015-196106.

---

**BEFORE: McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information or indictment, the commitment order, all pertinent minute entries and sentencing transcripts, and any other portions of the district court record that might support the claims raised in the writ application.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT